A00A0379. SEXTON v. CLAYTON COUNTY TAX DIGEST.
(544 SE2d 202)

ELDRIDGE, Judge.

In *Clayton County v. Sexton*, 273 Ga. 150 (538 SE2d 737) (2000) the Supreme Court reversed the judgment of this Court's opinion in *Sexton v. Clayton County Tax Digest*, 242 Ga. App. 431 (529 SE2d 149) (2000). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Blackburn, C. J., and Barnes, J., concur.*

DECIDED JANUARY 10, 2001.

*Lee Sexton*, pro se.

*Thurbert E. Baker, Attorney General, Hancock & Echols, Jack R. Hancock, Brian R. Dempsey, Donald M. Comer II, Laurel E. Henderson*, for appellee.

*Kilpatrick Stockton, Earle R. Taylor III, Alston & Bird, Kenneth B. Pollock*, amici curiae.

---

[4] See *Hughes*, supra at 261.